William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

_____X

GLENN S. MURRAY,

                                                                 **NOTICE OF**
            V.                                          **ADOPTION**

AMERICAN EXPRESS BANK, LTD, ET. AL.,
                                                    CASE NUMBER: (AKH)
                                                    08 CV 2667
_____X

    PLEASE TAKE NOTICE THAT Defendants BFP Tower C Co. LLC, BFP Tower C MM LLC, and WFP Retail Co. L.P. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      May   6   2008

                          Faust, Goetz, Schenker & Blee, LLP

                          _____
                          By: William J. Smith (WJS-9137)
                          Attorneys for the Brookfield Parties
                          Two Rector Street, 20th Floor
                          New York, NY 10006
                          (212) 363-6900